IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | No. 1:13-MJ-00099 SKO |
| vs. | ) ) | ORDER OF RELEASE |
| JOSE LUIS MENDEZ-RIOS, | ) ) | |
| Defendant. | ) ) | |

The above named defendant having been released pursuant to an Order of the District of Montana, ordering the warrant in this matter be quashed and the pending revocation hearing dismissed:

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

DATED: May 6, 2013

/s/ Gary S. Austin
HONORABLE GARY S. AUSTIN
U.S. MAGISTRATE JUDGE

1